IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv311

| | |
|---|---|
| JACQUELINE NICOLE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Motion for Summary Judgment [# 10] and Consent Motion to Remand [# 12]. Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings, the Court **GRANTS** the Consent Motion to Remand [# 12]. The Court **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157(1991). The Court **DENIES as moot** the pending Motion for Summary Judgment [# 10]. Finally, the

-1-

Court **DIRECTS** the Clerk to **CLOSE** this case.

Signed: March 31, 2017

Dennis L. Howell
United States Magistrate Judge