# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv311

| | |
|---|---|
| JACQUELINE WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pending before the Court is the Consent Motion for Attorney Fees [# 15]. Plaintiff moves the Court to award attorney's fees paid by the Commissioner of Social Security ("Commissioner") pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The Commissioner does not oppose the award of fees in this case. Upon a review of the record, the motion, and the relevant legal authority, the Court **GRANTS** the motion [# 15]. The Court **DIRECTS** the Commissioner to pay to Plaintiff the sum of $4,100.00 in full satisfaction of any and all claims arising under the Equal Access to Justice Act.

Signed: April 27, 2017

Dennis L. Howell
United States Magistrate Judge